FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

SEP 1 5 2020

OFFICE OF THE CLERK

RE [  ] VED

U.S. DISTRICT JUDGE

RECEIVED

SEP 1 5 2020

RICHARD G. KOPF
U.S. DISTRICT JUDGE

United States District Court NEBRASKA

4:20CV3111

Billytyle
v.
"Washington" omaha Police
Officer" one John Doe
OPD officer

case # ____
42 USC S.1983 KuKlux
Klan Act civil action

on about 9-8-20 defendants illegally
apprehended detained and Searched
Relator says warrant or Requsite
PROBABLE cause
Relator is Black NIGGER american as are

-1-

Your defendants Sort of mutt Jeff team "Washington" Being ~~diminutive~~ Diminutive and John Doe over 6ft.

Plantiff illegally accosted IN tRAffic Humiliated degraded Subjugated intimidated Discriminated segregated

AGAINST ~~ABAINST~~ By defendants Handcuffed detained degraded as we Have Serious gastro intestinal diverticulitis, and Belt ~~Buckle~~ unBuckled &

So unexpectedly Rousted FRom vehicle By defendant "washington" ~~that~~ we unaBle to secuRe Pants and stood in tRaffic pants to ~~knots~~ Knees ExPosed to world and want Washington's Body cam here.

after we told Washington He Federal 1983 He Calmed Down But theretofore thRoughHout Had insisted there weRe weapons IN CaR & kept Saying we shoulda told Him we in possession of cigoRettes of MaRiguana incessantly as if such

Mantra absolved Hum of the Constitutional violations of Relator's Rights (we Never charged wit HeRoine) We PRay declaration such arrest illegal ~$10,000,000.°° damages Plus whatever else Court deems Just and Meet in the PREMISES. Petitioner Pauper Praying leave to proceed inforna Pauperis annexing His Povery affidavit.

9-10-20

Billy Jyl
% 1451 Emmet St
omaha, Ne

-3-



OFFICe oF CleRK
UNited StAtes DistRicT CouRt
Judge KoPF

100 CentenniAL MALL NoRth
Lincoln, NEBRASKA
68501

OMAHA NE  680

11 SEP 2020  PM 3  L

68508-385999

TyleR
1451 Emmet St
OmAHA, Ne 68111