IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,<br><br>   Plaintiff,<br><br>vs.<br><br>WASHINGTON, Omaha Police Officer; and JOHN DOE, OPD Officer;<br><br>   Defendants. | 4:20CV3111<br><br>**MEMORANDUM AND ORDER** |

On February 19, 2021, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 9.) The court warned Plaintiff that "[f]ailure to file an amended complaint within 30 days will result in the court dismissing this case without prejudice, and without further notice to Plaintiff." (Filing 9 at CM/ECF p. 6.) To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. Judgment shall be entered by separate document.

DATED this 12th day of April, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge